Dorosz Unemployment Compensation Case.

Argued June 13, 1962. Before RHODES, P. J., ER-VIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Joseph A. Malloy, Jr.,* with him *Hamilton and Darmopray,* for appellant.

*Sydney Reuben,* Assistant Attorney General, with him *David Stahl,* Attorney General, for Unemployment Compensation Board of Review, appellee.

OPINION BY ERVIN, J., September 13, 1962:

In this unemployment compensation case the bureau, the referee and the board all concluded that the appellant's unemployment was due to her being discharged for willful misconduct connected with her work and that she was therefore disqualified from receiving benefits under §402(e) of the Unemployment Compensation Law, 43 PS §802(e).

Appellant was last employed as a cleaner, her last day of work being July 17, 1961. In May 1961 she became ill and presented to her employer a doctor's certificate dated May 4, 1961, which stated that she would be unable to work for several days. However, she failed to report from May 4 to 24, 1961, inclusive. During the month of April 1961 she was found sleeping while on duty. She was again absent from work from July 17 until August 22, 1961, when she called her employer and was informed that because of her excessive absences she had been replaced. She did present

some doctor's certificates but they did not justify her excessive absenteeism.

The record sufficiently supports the findings and conclusion of the board.

Decision affirmed.